# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF<br>**CHRISTOPHER HARRY WEST,** | ) CIVIL ACTION NO. N24M-05-059<br>) CRIMINAL ID: 1107001026,<br>)　　　　　　1810012384 |
| **PETITIONER** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **BRIAN EMIG,**<br>**WARDEN, H.R.Y.C.I., &** | )<br>) **HABEAS CORPUS PETITION** |
| **ROBERT MAY,**<br>**WARDEN,** | )<br>) |
| | ) |
| **RESPONDENT.** | ) |

## ORDER

This **24th** day of **May, 2024**, upon review of the foregoing Petition for a Writ of Habeas Corpus and the record in this case, it is the decision of the Court that the Petition is hereby **DENIED.** Petitioner first petitioned for Habeas Corpus relief in April, 2020, which was denied by Superior Court after a finding he was legally detained.[1] Petitioner again filed a Habeas Corpus Petition in July, 2023.[2] Once again, as Petitioner was still serving the same lawful sentence, the Superior Court found Petitioner legally detained and denied that petition.[3] The Delaware Supreme

---

[1] *In the Matter of the Petition of Christopher Harry West*, Case No. N20M-04-030, D.I. 1.

[2] *In the Matter of the Petition of Christopher Harry West*, Case No. N23M-07-045, D.I. 1

[3] *Id.* at D.I. 7.

Court affirmed the decision of Superior Court.[4]  In its denial, the Supreme Court detailed the many filings by Petitioner challenging his conviction – all of which were unsuccessful.  Petitioner continues to be held on the same detention as he was in his first Petition.   Therefore, Petitioner remains legally detained.

The Court read and understood the admonition of the Supreme Court in its decision affirming Superior Court's denial of his initial Petition.  The Court took the time to "warn [Petitioner] for a final time that the Court will not continue to invest scarce judicial resources to address his procedurally barred claims."[5]  Given that this most recent Petition was signed by Petitioner on April 23, 2024 – two (2) months and three (3) days after the Supreme Court's Order, any future filings of the Petitioner will not be accepted by Superior Court Prothonotary unless it is first approved by a Judge of Superior Court.

The Petition for Habeas Corpus relief is **DENIED** as frivolous.

**IT IS SO ORDERED.**

_____
**Danielle J. Brennan, Judge**

Original to Prothonotary

Cc:   Christopher Harry West, SBI 00415857
        Department of Justice

---

4 *West v. May*, 2024 WL 707261, *1 (Del.).
5 *Id.* at *2, ¶8.